In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

| | |
|---|---|
| David Sanchez and Elizabeth Chaverria, Plaintiffs, <br><br> vs. <br><br> Ben Chavers and Bracken Construction, Inc. Defendants | § <br> § <br> § <br> §   Civil Action No. 2:23-cv-135 <br> § <br> § <br> § <br> § |

### DEFENDANTS BEN CHAVERS AND BRACKEN CONSTRUCTION COMPANY, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **BEN CHAVERS AND BRACKEN CONSTRUCTION COMPANY, INC. (incorrectly named as Bracken Construction, Inc.),** Defendants in the above-entitled and numbered cause, and file this Notice of Removal, removing the State Court action described below to this federal court, and in support therefore respectfully show the Court as follows:

### I.
### BASIS OF REMOVAL

1. This removal is filed pursuant to 28 U.S.C. §1332(a) in that Defendants assert there is complete diversity between the parties thereby conferring federal question jurisdiction upon this Court. Defendants assert the following facts and basis supporting removal, and in so doing expressly reserve all other questions for the purpose of future pleadings.

### II.
### PROCEDURAL HISTORY

2. David Sanchez and Elizabeth Chaverria (hereinafter "Plaintiffs") filed this action on or about March 31, 2023 against Ben Chavers and Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.), (hereinafter "Bracken Construction" and "Defendants"

collectively) in the 156th Judicial District Court of San Patricio County, Texas, docketed under Cause No. 8-23-5272CV-B (hereinafter referred to as the "State Court Action").[1] *See* Exhibits A and B, Index of Matters being filed, and State Action (Exhibits B1-B8). The Defendants filed their Original Answer to Plaintiff's Original Petition and a Jury Demand on May 12, 2023 (Ex. B-7).

3. Plaintiffs' State Court Action arises from a motor vehicle accident that occurred on or about December 8, 2022 in San Patricio County, Texas, wherein Plaintiffs allege while driving a Dodge Ram truck while traveling on Highway 89 in Sinton, Texas, Ben Chavers, who was operating a White GMC C2500 truck, in the course and scope of his employment with Bracken Construction, Inc., failed to yield the right of way while attempting ta left turn from Ashby Lane and collided with Plaintiffs' vehicle. . *See* Exhibit B-1, Plaintiff's Original Petition, §IV. Plaintiff has asserted the following causes of action against Defendant Ben Chavers for negligence, negligence per se and gross negligence. *Id.* at § V. Plaintiff as also asserted the following causes of action against Defendant Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.), under the theories of respondent superior, negligence (negligent hiring, entrustment, driver qualifications, training and supervision, retention, contracting and maintenance); and gross negligence. *Id.* at § VI.

4. Plaintiffs allege in their Original Petition that the damages they seek are over $1,000,000.00. *See Id.* at § VII ¶22. Plaintiffs' claims and allegation show that the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs. *Id.*

5. Plaintiffs David Sanchez and Elizabeth Chaverria are, and were at the time the lawsuit was filed, individuals residing in San Patricio County, Texas. *See Id.* at § II ¶¶2-3.

---

[1] A true and correct copy of all process, pleadings, and orders in the State Court Action, are attached as Exhibits B and B-1 to B-8, respectively, to the Index of Matters Being Filed, Exhibit A, which is being filed contemporaneously with this Notice of Removal.

6. Removing Defendant Ben Chavers is, and was at the time the lawsuit was filed, a citizen of the State of Mississippi, at all relevant times an individual residing at 4534 Highway 540, Raleigh, MS 39159. *See Id.* at § II ¶4.

Removing Defendant Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.), is, and was at the time the lawsuit was filed, a Mississippi corporation with its principal place of business in Columbus, MS, with its principal office and place of business located at 168 Rosecrest Drive, Columbus, MS 39701.

7. Neither Defendants Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.), nor Chavers are citizens of the State of Texas and do not have a residence, principal office and/or place of business in the State of Texas.

8. Removing Defendant Ben Chavers was served with Plaintiff's Original Petition on May 2, 2023 through the Texas Transportation Commission, thus this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the removing Defendant was served with Plaintiff's Original Petition. *See* Exhibits B-1, B2, B-3, B-5, *see also,* Exhibit C.[2]

9. Removing Defendant Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.) was served with Plaintiff's Original Petition on April 20, 2023 through its registered agent, thus this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the removing Defendant was served with Plaintiff's Original Petition. *See* Exhibits B-1, B-2, B4, and B7, *see also,* Exhibit C.[3]

---

[2] *See* Designation of Counsel attached as Exhibit C to the Index of Matters Being Filed, which is being filed contemporaneously with this Notice of Removal.
[3] *See* Designation of Counsel attached as Exhibit C to the Index of Matters Being Filed, which is being filed contemporaneously with this Notice of Removal.

### III.
### CONSENT TO REMOVAL

10. All Defendants who have been properly served join in or consent to the removal of this case to federal court. 28 U.S.C. §1446(b)(2)(A); *Cook v. Randolph Cnty.*, 573 F.3d 1143, 1150-51 (11th Cir. 2009); *Pritchett v. Cottrell, Inc.*, 512 F.3d 1057, 1062 (8th Cir. 2008); *Harper v. Auto Alliance Int'l, Inc.*, 392 F.3d 195, 201-02 (6th Cir. 2004). All pleadings, process, orders and other filings in this state court action are attached to this notice as required by 28 U.S.C. §1446(a) and Local Rule 81. *See*, Exhibit A, Index of Matters, and State Action, Exhibits B and B-1 through B-8. Additionally, Defendants have filed herewith a list of all counsel of record, including the addresses, telephone numbers and the parties represented, Ex. C.

### IV.
### LAW SUPPORTING REMOVAL
### V.

11. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). A corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1). Plaintiffs are a citizen of the State of Texas and resides in San Patricio County. As detailed above, Removing Defendant Ben Chavers is, and was at the time the lawsuit was filed, an individual residing at residing at 4534 Highway 540, Raleigh, MS 39159, and Removing Defendant Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.) is, and was at the time the lawsuit was filed, a Mississippi corporation with its principal office and place of business in Columbus, MS, with its principal office and place of business located at 168 Rosecrest Drive, Columbus, MS 39701. *See* Exh. B-1 at §III at ¶2-3.

12. Removal is also proper as Plaintiffs allege in their Original Petition that the damages they seek to recover are over $1,000,000.00. *See Id.* at § VII ¶22. "Under 28 U.S.C. § 1332(a), district

courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between ... citizens of different States." Plaintiffs' claims and allegation show that the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs. *Id.*

13.     Defendant Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.) was served with this petition on April 20, 2023 and defendant Chavers was served on May 2, 2023. *See,* Exs. B-5 and B-6. Defendants file this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b), after having received information sufficient to determine that the case was removable and being served with the Plaintiff's Original Petition.

14.     Venue is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claim allegedly occurred in this district.

15.     Pursuant to 28 U.S.C. §1446 (a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

16.     Pursuant to 28 U.S.C. §1446(d), promptly after Defendants file this Notice, written notice of the filing will be given to Plaintiffs, the adverse parties.

17.     Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of San Patricio County, promptly after Defendants file this Notice.

18.     Pursuant to 28 U.S.C. § 1441(a), the District and Division where this action is pending is the U.S. District Court for the Southern District of Texas, Corpus Christi Division, and Defendants properly seek to remove this action to this Court.

## VI.
### NOTICE PROVIDED TO STATE COURT

19. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly provide written notice to Plaintiffs of this removal and file a copy of this Notice of Removal with the Clerk of the District Court of San Patricio County, Texas.

## VII.
### CONCLUSION

20. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(b) because it is an action based on diversity of citizenship and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and cost.

## VIII.
### PRAYER

WHEREFORE, Defendants Bracken Construction Company, Inc. (incorrectly named as Bracken Construction, Inc.) and Ben Chavers hereby remove this action from the 156th Judicial District Court of San Patricio County, Texas, docketed under Cause No. S-23-5272CV-B, to this Court.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: *Amanda E. Carollo*
JOHN A. GUERRA
Southern District Federal Bar No. 18579
State Bar No. 08576180
Email: jguerra@brock.law

AMANDA E. CAROLLO
Southern District Federal Bar No. 3379035
State Bar No. 24080882
Email: acarollo@brock.law

**ATTORNEYS FOR DEFENDANTS BEN CHAVERS AND BRACKEN CONSTRUCTION COMPANY, INC. (incorrectly named as Bracken Construction, Inc.)**

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 19th day of May 2023, to:

Stephen F. Bechtol                          Email:   sbechtol-svc@tjhlaw.com
Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, TX 78401

_Amanda E. Carollo_
JOHN A. GUERRA
AMANDA E. CAROLLO