Case 2:23-cv-00135   Document 29   Filed on 08/14/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| V. § | CIVIL ACTION NO. 2:23-CV-00135 | |
| § | | |
| BEN CHAVERS, *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 28); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 14, 2024